# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-10702
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
August 4, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MOISES ELIAS SAAVEDRA-POSADAS,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CR-246-1

_____

Before ELROD, *Chief Judge*, and RICHMAN and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Moises Elias Saavedra-Posadas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Saavedra-Posadas has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10702

therein, as well as Saavedra-Posadas's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.